IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES GREGG** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 14-2313** |
| v. | : | |
| | : | |
| **WILLIAM C. ERBEY, d/b/a OCWEN** | : | |
| **LOAN SERVICING, LLC,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW,** this 18th day of November 2014, upon consideration of the uncontested *motions to dismiss* filed by Defendants William C. Erbey, d/b/a Ocwen Loan Servicing, LLC, [ECF 6], Michael McKeever, d/b/a KML Law Group, P.C., [ECF 7], and Jewell Williams, d/b/a Sheriff Jewell Williams, [ECF 11], pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), and the allegations contained in Plaintiff's complaint, [ECF 4], it is hereby **ORDERED,** for the reasons set forth in the accompanying memorandum opinion, that the motions to dismiss are **GRANTED,** and all claims asserted against Defendants are **DISMISSED** for lack of subject matter jurisdiction.

The Clerk of Court is directed to close this matter.

BY THE COURT:

*/s/ Nitza I. Quiñones Alejandro*
NITZA I. QUIÑONES ALEJANDRO, J.